# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00610-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FERNANDO TREJO-LUNA,
      a/k/a Antonio Retana,
      a/k/a Manuel Pasa-Linas,

    Defendant.

---

## ORDER

---

**Blackburn, J.**

The matter is before me on defendant's *pro se* **Motion To The Court Request Down Spiral on Sentencing The Court Erred on Adding On To My Sentence When I Was Not Involved in an Accident Where Someone Died** [#25][1] filed July 26, 2011. I deny the motion.

I orally pronounced sentence on Mr. Trejo-Luna on July 22, 2011. During my sentencing statement, 18 U.S.C. § 3553(c), I discussed his criminal history. During that discussion I referred briefly to a conviction, which the Presentence Report indicated involved vehicular homicide. *See* PSR [#20] at 10, ¶ 40. Other than the fact of the conviction as it contributed to the criminal history category, I did not cite or use this discreet conviction to enhance the sentence imposed. Thus, whether the conviction

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

actually involved vehicular homicide was irrelevant to my sentencing analysis under 18 U.S.C. § 3553(a)(1) - (7). Because Mr. Trejo-Luna suffered no prejudice from any misdescription of the offense, he is not entitled to a sentence reduction.

**THEREFORE, IT IS ORDERED** that defendant's *pro se* **Motion To The Court Request Down Spiral on Sentencing The Court Erred on Adding On To My Sentence When I Was Not Involved in an Accident Where Someone Died** [#25] filed July 26, 2011, is **DENIED**.

Dated July 28, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge