IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00610-REB
(Civil Action No. 12-cv-01132-REB)

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.

1. FERNANDO TREJO-LUNA,

      Defendant-Movant.

---

## FINAL JUDGMENT

---

      PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order

Denying Motion Under 28 U.S.C. § 2255 entered by the Honorable Robert E. Blackburn

on June 29, 2015, incorporated herein by reference, it is

      ORDERED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or

Correct Sentence by a Person in Federal Custody by the defendant-movant is DENIED.

It is

      FURTHER ORDERED that a certificate of appealability is DENIED.  It is

      FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is

DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in*

*forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

      DATED at Denver, Colorado this __1st__ day of July, 2015.

                      FOR THE COURT:

                      JEFFREY P. COLWELL, CLERK

                      By: s/E. Buchanan
                      E. Buchanan, Deputy Clerk